(4)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
San Antonio DIVISION

FILED
NOV 24 2009
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

IN RE:

Toney E. Jennings
Debtor

02-52163
Bankruptcy Case No.

## APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS

Comes now the Claimant identified below, to make application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further shows that Claimant is:

NAME OF CLAIMANT   Barrett Jaguar
MAILING ADDRESS   15423 W. Interstate 10
San Antonio TX   ZIP CODE 78249
PHONE NUMBER  210  341-2800

and that a dividend in the amount of $ 1,433.98 was awarded in this case to the Claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies under penalty of perjury that all statements made by Claimant on this application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

DATE  11/17/09

Charles L Barrett
CLAIMANT'S SIGNATURE



# CERTIFICATE OF SERVICE

I, __CHARLES T. BARRETT, JR__, hereby certify that on __11/17/09__
    [name]                                                       [date]

served copies of __Application for payment of dividend from unclaimed funds__
                                    [name of document]

on the following parties by way of __United States mail__ :

[List name and address of each attorney/party served]

United States Attorney
601 NW Loop 410, Suite 600
San Antonio TX 78216

__11/17/09__                                     __Charles T. Barrett__
Date                                                Signature

U.S. Court of Appeals for the First Circuit                              (Rev 10/03)



# FRANCHISED MOTOR VEHICLE DEALER

FRANCHISE NO: A108916
GENERAL DISTINGUISHING NO: P14740      Motor Vehicle Dealer

MOTOR VEHICLE DIVISION

MOTOR IMPORTS LTD
BARRETT JAGUAR, FERRARI OF SAN ANTONIO, MASERATI OF
SAN ANTONIO
15423 W IH 10
SAN ANTONIO, TX 78249-2242

EXPIRES: 10/31/2011
PHYSICAL LOCATION:
15423 W IH 10
SAN ANTONIO, TX 78249-2242

**THIS DEALERSHIP IS LICENSED TO SELL THE FOLLOWING LINE(S) OF NEW MOTOR VEHICLES:**
FERRARI-AA, MASERATI-AA, JAGUAR-AA

**ADDITIONAL LOCATION(S):**

HAVING SATISFIED THE APPLICABLE REQUIREMENTS OF CHAPTER 2301 OF THE TEXAS OCCUPATIONS CODE, CHAPTER 503 OF THE TEXAS TRANSPORTATION CODE, AND THE RULES OF THE TRANSPORTATION COMMISSION, THE PERSON NAMED ABOVE IS HEREBY LICENSED WITH THE TEXAS DEPARTMENT OF TRANSPORTATION, MOTOR VEHICLE DIVISION.

*Brett Bray*
BRETT BRAY, Director
Texas Department of Transportation
Motor Vehicle Division

Control No. 165275

WARNING: PENAL CODE SECTION 37.10 PROVIDES THAT TAMPERING WITH A GOVERNMENTAL RECORD IS AN OFFENSE PUNISHABLE AS A SECOND-DEGREE FELONY.

JAGUAR  BARRETT MASERATI


HOLDINGS

**Mr. Charles T. Barrett, Jr.**
President/Owner

15423 IH-10 West
San Antonio, TX 78249
www.barrettmotorcars.com

Office (210) 341-2800
Cell (210) 383-0700
cbarrett@barrettholdings.com